## John PRICE v. STATE.
### No. 17039.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

Jones & Jones, of Mineola, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

·The conviction is for the unlawful transportation of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## John PRICE v. STATE.
### No. 17040.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

Jones & Jones, of Mineola, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful manufacture of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## B. G. RICHARDS v. STATE.
### No. 16967.

Court of Criminal Appeals of Texas.
Oct. 24, 1934.

M. E. Gates, of Huntsville, and R. W. Dean, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for assault with intent to murder; penalty assessed at confinement in the penitentiary for three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Clarence A. ROBINSON v. STATE.
### No. 17067.

Court of Criminal Appeals of Texas.
Nov. 7, 1934.

B. F. Patterson, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for unlawfully carrying a pistol; punishment, confinement in the county jail for one month.

The record is here without statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.